FRANCIS A. JEWETT, Appellant, *v.* SIMEON. BROWNELL,
Respondent.

(*Submitted December 10, 1890; decided December 19, 1890.*)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made March 16, 1889, which reversed a judgment in favor of
plaintiff entered upon an order of Special Term overruling a
demurrer to the complaint.

*F. W. Betts* for appellant.

*Westfall & Whitcomb* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.  _____

EDWIN A. BRADLEY et al., Respondents, *v.* MILES A. STAFFORD,
Impleaded, etc., Appellant.

(*Argued December 11, 1890; decided December 19, 1890.*)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made May 22, 1888, which affirmed a judgment in favor of
plaintiffs entered upon a decision of the court on trial at
Special Term.

*S. V. R. Cooper* for appellant.

*Augustus Prentice* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.  _____